**MEMO ENDORSED**

Hon. Gabriel W. Gorenstein
May 8, 2018
Page 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/18
```

To narrow the issues to be submitted for summary judgment, the parties have agreed to the following stipulations:

(1) The amount of Brightstar's loss exceeds $35 million.

(2) Brightstar stipulates that its products were lost by misappropriation, secretion, conversion, infidelity or a dishonest act. Consequently, Starr stipulates that the mysterious disappearance exclusion in its policy does not apply.

(3) Brightstar stipulates that its loss was a single occurrence.

(4) Starr stipulates that its policy deductible does not reduce the applicable limit of liability such that if the $25 million limit of liability applies (which Starr denies), then Brightstar would be entitled to the full $25 million.

Finally, in light of the pending motion to transfer and the upcoming motions for summary judgment, the parties ask that the Court suspend the time for filing pre-trial materials under Section 3 of the Court's Individual Practices until after the motion to transfer and motions for summary judgment have been resolved and the venue and issues to be tried have been defined through this Court's rulings. This is the first request to extend the pre-trial filing deadlines in Section 3 of the Court's Individual Practices.

Thus, the parties request the following schedule:

|  | Present Deadline | Requested Deadline |
| --- | --- | --- |
| Completion of Expert Witness Depositions | May 31, 2018 | June 15, 2018 |
| Motions for Summary Judgment | May 11, 2018 | May 25, 2018 |
| Responses to Summary Judgment Motions | N/A | June 22, 2018 |
| Replies in support of Summary Judgment Motions | N/A | July 13, 2018 |
| Pre-trial Filings | June 30, 2018 | ~~Set Post-rulings~~ sine die |

Respectfully submitted,

Mark L. Durbin

One of the attorneys for Brightstar Corp. and Brightstar Germany

BARNES & THORNBURG LLP

Granted

SO ORDERED DATE: 5/8/18

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE