# A<span>NDERSON</span> K<span>ILL</span> P.C.

<span>Attorneys and Counselors at Law</span>

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Vivian C. Michael, Esq.
vmichael@andersonkill.com
212-278-1190

<u>*Via ECF & FedEx Overnight Mail*</u>          May 11, 2018

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007

  Re: <u>*Starr Indemnity & Liability Company v. Brightstar Corp., et al.*,
    1:13-cv-08580-GWG (S.D.N.Y.)</u>

Dear Judge Gorenstein:

  This firm represents defendants Brightstar Corp. & Brightstar Germany GmbH (collectively, "Brightstar"), along with the law firms Barnes & Thornburg LLP and Quintairos, Preito, Wood & Boyer P.A.

  Enclosed please find a copy of Brightstar's Reply Memorandum in Support of Their Motion to Transfer, which was filed on May 11, 2018 (docket no. 125).

  Pursuant to Your Honor's Individual Practices, Brightstar confirms that the Motion to Transfer now is fully submitted.

           Respectfully submitted,

           <u>/s/ Vivian C. Michael</u>

Enclosure

cc: All counsel of record by ECF (without enclosures)