IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY,<br><br>    Plaintiff,<br>v.<br><br>BRIGHTSTAR CORP., et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-08580-GHW-GWG |

### BRIGHTSTAR CORP. & BRIGHTSTAR GERMANY GmbH'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that under Federal Rule of Civil Procedure 56 and upon Brightstar Corp. and Brightstar Germany GmbH's (collectively "Brightstar") Memorandum of Law in Support of Motion for Partial Summary Judgment, Local Rule 56.1 Statement of Undisputed Facts, and Declaration of Charles P. Edwards along with its exhibits, Brightstar hereby moves this Court for an order granting summary judgment in Brightstar's favor on Starr's defense regarding the Controlled Warehouse Exclusion and granting any other relief this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's order dated May 8, 2018, answering papers, if any, are to be filed on or before June 22, 2018, with reply papers to be filed on or before July 13, 2018.

Dated:  May 25, 2018               BARNES & THORNBURG LLP

                                                                                               By: */s/ Mark Durbin*
                                                                                               Mark L. Durbin
                                                                                               One North Wacker Drive, Suite 4400
                                                                                               Chicago, IL  60606-2833
                                                                                               mdurbin@btlaw.com

2

Charles P. Edwards
11 South Meridian Street
Indianapolis, IN  46204
cedwards@btlaw.com

Kara Cleary
3475 Piedmont Road, N.E., Suite 1700
Atlanta, GA 30341
kcleary@btlaw.com

**ANDERSON KILL P.C.**

Dennis Nolan
Vivian Costandy Michael
1251 Avenue of the Americas
New York, NY 10020
dnolan@andersonkill.com
vmichael@andersonkill.com

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

Valerie Jackson
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156
valerie.jackson@qpwblaw.com

*Attorneys for Brightstar*

DMS 12486938v1

2