AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York 

STARR INDEMNITY & LIABILITY COMPANY, )
_Plaintiff_ )
v. ) Case No.   1:13-cv-08580-GHW-GWG
BRIGHTSTAR CORP., et al., )
_Defendant_ )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Brightstar Corp. and Brightstar Germany GmbH                                   .

Date:    05/29/2018

/s/ John M. Leonard
_Attorney's signature_

John M. Leonard
_Printed name and bar number_
Anderson Kill P.C.
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020

_Address_

jleonard@andersonkill.com
_E-mail address_

(212) 278-1000
_Telephone number_

(212) 278-1733
_FAX number_