*Nicoletti Hornig & Sweeney*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801
TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
general@nicolettihornig.com
www.nicolettihornig.com

KEVIN J.B. O'MALLEY
PARTNER
DIRECT DIAL: 212-220-0394
KOMALLEY@NICOLETTIHORNIG.COM

July 2, 2018

**VIA ECF and FACSIMILE (212) 805-4268**

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Starr Indemnity & Liability Company*
          *v. Brightstar Corp. et al.*
      13 Civ. 8580 (GWG)

Dear Judge Gorenstein:

We represent Plaintiff Starr Indemnity & Liability Company.

The parties have filed cross-motions for partial summary judgment and have filed their respective oppositions. Pursuant to Rule 2(B) of Your Honor's Individual Practices, the parties previously disclosed to the Court that they had agreed to a deadline of July 13, 2018 for reply papers (ECF Doc. 123).

Pursuant to Rule 2(B), we write to disclose to the Court that the parties have agreed to extend the deadline for reply papers to July 24, 2018.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By:   S/ Kevin J.B. O'Malley

cc:   **VIA ECF**

All Counsel of Record

**NEW JERSEY**
505 MAIN STREET, SUITE 106
HACKENSACK, NJ 07601-5928
T 201-343-0970 • F 201-343-5882

**ILLINOIS**
ONE NORTHBROOK PLACE
5 REVERE DRIVE, SUITE 200, NORTHBROOK, IL 60062
T 847-205-5309 • F 847-205-5310

**GEORGIA**
4555 MANSELL ROAD, SUITE 300
ALPHARETTA, GA 30022
T 770-521-4234 • F 770-521-4200