**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, <br><br>  Plaintiff, <br>v. <br><br> BRIGHTSTAR CORP., et al., <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:13-cv-08580-GHW-GWG <br> ) <br> ) <br> ) <br> ) <br> ) **ORAL ARGUMENT REQUESTED** |

**BRIGHTSTAR CORP. & BRIGHTSTAR GERMANY GmbH'S REPLY IN SUPPORT
OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

(Filed under seal pursuant to protective order)