**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

STARR INDEMNITY & LIABILITY COMPANY,

                Plaintiff,

vs.

BRIGHTSTAR CORP. and
BRIGHTSTAR GERMANY GmbH,

                Defendants.

13 Civ. 8580 (GWG)

**PLAINTIFF'S REPLY TO BRIGHTSTAR CORP. AND BRIGHTSTAR GERMANY**
**GmbH'S COUNTERSTATEMENT OF ADDITIONAL MATERIAL FACTS**

(Filed under seal pursuant to protective order)