# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

John M. Leonard, Esq.
jleonard@andersonkill.com
212-278-1025

*Via ECF & Personal Delivery*

July 25, 2018

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Starr Indemnity & Liability Company v. Brightstar Corp., et al.*,
    1:13-cv-08580-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

This firm represents defendants Brightstar Corp. & Brightstar Germany GmbH (collectively, "Brightstar"), along with the law firms Barnes & Thornburg LLP and Quintairos, Preito, Wood & Boyer P.A.

Pursuant to Your Honor's Individual Practices, enclosed please find a courtesy copy of Brightstar's Reply in Support of Motion for Partial Summary Judgment, which was filed on July 24, 2018 (docket no. 148).

Additionally, pursuant to the S.D.N.Y. Sealed Records Filing Instructions and the Protective Order in this case (docket no. 36), Brightstar's Reply Memorandum of Law in Support of Motion for Partial Summary Judgment, filed under seal via S.D.N.Y. Electronic Case Filing, will be delivered on CD-ROM to the Records Management Department in a court supplied sealing envelope.

Finally, pursuant to Your Honor's Individual Practices, Brightstar confirms that the Motion for Summary Judgment now is fully submitted.

Respectfully submitted,

John M. Leonard

Enclosure

cc: All counsel of record via ECF (without enclosures)