**BARNES&THORNBURG LLP**

One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833 U.S.A.
(312) 357-1313
Fax (312) 759-5646

www.btlaw.com

Mark L. Durbin
Partner
(312) 214-4849
mark.durbin@btlaw.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/7/18
> September 7, 2018

Granted.

SO ORDERED:    DATE 9/7/18

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

**Via ECF and Fax: (212) 805-4268**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Starr Indemnity & Liability Company v. Brightstar*
Case No. 1:13-cv-8580
Request for Withdrawal of Counsel

Dear Judge Gorenstein:

We represent Defendants Brightstar Corp. and Brightstar Germany (collectively, "Brightstar") in the above-referenced matter. We write in accordance with S.D.N.Y. Local Rule 1.4, and respectfully request that the Court grant leave to Kara Cleary, Esq. to withdraw from this matter as counsel for Brightstar and that her name be removed from the counsel list. Ms. Cleary has accepted a position outside of our firm, and has terminated her association with Barnes & Thornburg LLP effective September 7, 2018.

Charles P. Edwards and I are partners at Barnes & Thornburg LLP; we have filed appearances in this matter; and we will continue to represent the interests of Brightstar.

The parties currently are awaiting the Court's ruling on pending motions for summary judgment, with such motions being fully submitted as of July 25, 2018. There is no trial date set in this matter. Ms. Cleary is not asserting a retaining or charging lien.

Respectfully submitted,

Mark L. Durbin (admitted *pro hac vice*)
**BARNES & THORNBURG LLP**
One North Wacker Drive, Suite 4400
Chicago, IL 60606-2833
mdurbin@btlaw.com

*One of the Attorneys for the Brightstar
Defendants*

cc: (via ECF): All counsel of record
Miraisy Rodriguez (miraisy.rodriguez@brightstar.com)