# EXHIBIT

# "1"

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revision necessary | Priority level of revision (high, moderate, low) | Starr Management comments to U staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Access To Property | | | | | DENIED ACCESS TO PROPERTY It is understood and agreed that should a civil authority deny an Assured access to property insured hereunder as a result of damage to a building and/or structure and/or conveyance from an insured peril, such property which cannot be retrieved, after a reasonable amount of time, shall be considered a total loss under the terms of this policy. However, subject to a sublimit of $[illegible] per occurrence. |
| Acquisition clause | | | | | |
| Additional Expense Completion of Voyage | | | | | |
| Assured | | | | | |
| Assured | | | | | |
| Assured | | | | | |
| Assured | | | | | |
| Assured | | | | | |
| Assured | | | | | |
| ATMOSHERIC CONDITIONS | | | | | |
| ATMOSPHERIC CONDITIONS | | | | | |
| ATTACHMENT | | | | | |
| ATTACHMENT | | | | | |
| Average Terms | | | | | |
| Average Terms | | | | | |
| Brands and Trademarks | | | | | |
| Brands and Trademarks | | | | | |
| Brands and Trademarks | | | | | |
| Brands and Trademarks | Marsh | | | | |
| Brands and Trademarks | | | | | |
| Buyers & Sellers Interest | | | | | |
| Cargo Owner's Liability | | | | | |
| Charter Hire Coverage | | | | | |
| Claims Settling Authority | Marsh | | | | |
| Concealed Damage | | | | | |
| Concealed Damage | | | | | |
| Concealed Damage | | | | | |
| CONCEALED DAMAGE | | | | | |
| CONDENSATION | | | | | |

CONFIDENTIAL

EXHIBIT
PENGAD 800-631-6989
Factor 188
11/3/16 9s

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Management comments to UW staff (if necessary) | Sample of the clause |
|---|---|---|---|---|---|
| Consequential Damage End't. | | | | | It is hereby understood and agreed that in consideration of an additional premium included in the event of consequential damage to finished goods and merchandise including broken lots sizes or color ranges, which if in any part or parts are physically lost or damaged within the coverage of this policy, thereby rendering the remaining part or parts unmerchantable as complete units, then the Company will pay, subject to the limits stated herein the difference between (a) the amount for which it would be liable if all parts had been physically lost or damaged and (b) the realizable value of the remaining undamaged parts; and further that if in consequence of any direct physical loss or damage insured hereunder a full lot or range of sizes or colors (provided such goods and merchandise are customarily sold by the Assured in lots or ranges of sizes or colors) is broken so as to reduce the value of the undamaged goods remaining in such lot or range, then the Company will pay (subject to the liability limits stated herein and provided the Assured is unable to reassemble said lots or ranges of sizes or colors from the remaining undamaged goods or from any other source) the difference between (a) the amount for which it would be liable if all goods in said lots or range of sizes or colors had been physically lost or damaged and (b) the realizable value of the undamaged goods remaining in said broken lot or range of sizes or colors. |
| Consolidation / Deconsolidation | | | | | |
| Consolidation, Re-packing and/or Break Down | | | | | |
| Consolidation, Re-packing and/or Break Down | | | | | |
| Consolidation, Re-packing and/or Break Down | | | | | |
| Container Demurrage | | | | | If the Assured is instructed by these Assurers or their Agents or Surveyors, to hold an intermodal container, van, flat rack or trailer, and if the Assured is assessed a late penalty and/or demurrage charge for holding said equipment past the return date, these Assurers will pay the late penalties and/or demurrage charges. The amount these Assurers will pay shall be the charges assessed from the time the Assured is directed to hold said equipment until the time the Assured is informed that the equipment can be released. Coverage under this clause is separate from and in addition to the limits of liability provided elsewhere herein. |
| CONTAINER DEMURRAGE CHARGES | | | | | |
| Contract Penalty Clause | | | | | It is hereby understood and agreed that in the event of loss covered under this policy results in the Assured being penalized by their customer for the late arrival or non arrival of goods insured hereunder, underwriters will reimburse the Assured for their late charges or penalties, subject to a maximum limit of $50,000 per occurrence. |
| Contractor's Equipment Floater Endorsement | | | | | |
| Control of Damaged Goods | | | | | |
| CONTROL OF DAMAGED GOODS | | | | | |
| Control of Damaged Goods | | | | | |
| Control of Damaged Goods | | | | | |
| CONTROL OF DAMAGED GOODS | | | | | |
| Control of Damaged Goods | | | | | |
| Control of Damaged Goods | | | | | |
| Control of Damaged Goods | | | | | |
| Control of Damaged Goods | | | | | |
| Control of Damaged Goods | | | | | |
| Control of Damaged Goods | Marsh | | | | |

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Management comments to UW staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Control of Damaged Goods | [redacted] | [redacted] | [redacted] | [redacted] | Notwithstanding anything to the contrary contained elsewhere herein, it is understood and agreed that in case of damage by an insured peril to goods and/or merchandise insured under this Policy, the Assured is to retain control of all damaged goods. The Assured, however, agrees wherever practicable to recondition and sell such goods after removal of all brands and trademarks. The Assured shall be the sole judge where the disposal or sale of such damaged goods is detrimental to their interests or which they are unable to sell or dispose of under their agreement with any trade association. Such damage shall, after notification of the Assurer, be treated as a constructive total loss and the Assured shall dispose of the damaged goods to the best advantage, Assurers being entitled to such proceeds, or they shall be destroyed in the presence of a representative of the Assurers and the Assured. |
| Control of Damaged Goods - Clause 42 of PNCP Policy | [redacted] | [redacted] | [redacted] | [redacted] | |
| Control of Damaged Goods - Endorsement for use with Pharmaceuticals and High Tech Merchandise | [redacted] | [redacted] | [redacted] | [redacted] | |
| CONVEYANCE | [redacted] | [redacted] | [redacted] | [redacted] | |
| CUSTOMS INSPECTION EXPENSES | [redacted] | [redacted] | [redacted] | [redacted] | This is not the same as coverage during possession by Customs. |
| Deadfreight Clause | [redacted] | [redacted] | [redacted] | [redacted] | |
| Debris Removal | [redacted] | [redacted] | [redacted] | [redacted] | |
| Debris Removal | [redacted] | [redacted] | [redacted] | [redacted] | |
| Debris Removal | [redacted] | [redacted] | [redacted] | [redacted] | |
| Debris Removal | Marsh | [redacted] | [redacted] | [redacted] | |
| Debris Removal | [redacted] | [redacted] | [redacted] | [redacted] | |
| Debris Removal | [redacted] | [redacted] | [redacted] | [redacted] | |
| Debris Removal | [redacted] | [redacted] | [redacted] | [redacted] | This insurance also covers expenses incurred for the removal and/or disposal of all debris of the damaged goods, including packing materials, insured hereunder which may be occasioned by loss caused by and of the perils insured against. It is further understood and agreed that this Assurer will provide coverage for the cost of necessary disposal and/or destruction and all expenses in connection therewith in accordance with government regulations and/or as agreed between the Assured and this Assurer. Assurers shall not be liable on a combined basis for more than one hundred twenty five (125%) percent of the policy limit of liability with respect to coverage under this clause and coverage provided under this policy for physical loss or damage to the goods and/or merchandise insured. Nothing contained herein shall be construed to cover any cleanup expenses for which the Assured may be liable under any pollution statute. |
| Deductible | [redacted] | [redacted] | [redacted] | [redacted] | |
| Deductible | [redacted] | [redacted] | [redacted] | [redacted] | |
| DEDUCTIBLE | [redacted] | [redacted] | [redacted] | [redacted] | |
| Deductible | [redacted] | [redacted] | [redacted] | [redacted] | |
| Deductible | [redacted] | [redacted] | [redacted] | [redacted] | |
| Deductible | [redacted] | [redacted] | [redacted] | [redacted] | Each Claim for loss or damage shall be adjusted separately and from the amount of each separately adjusted claim the sum of $$$ shall be deducted. This deductible shall not apply to claims for Total Loss, General Average or Salvage Charges, nor to claims resulting from the vessel being stranded, sunk, burnt, on fire, or in collision. |
| Deductible (Incorporated in "Insuring Conditions") | [redacted] | [redacted] | [redacted] | [redacted] | |
| Delay Clause | [redacted] | [redacted] | [redacted] | [redacted] | |
| Delay Clause | [redacted] | [redacted] | [redacted] | [redacted] | |

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Marine general comments to clause (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Delay Clause | Marsh | | | | |
| Delay Clause | | | | | |
| Deliberate Damage - Services | | | | | |
| Deposit Premium End. | | | | | |
| DETERIORATION | | | | | Refer to our approved wording on the Portal- http://portal/offices/nm/common/Underwriting/Marine%20Cargo/Deterioration%20expansion%20for%20form.doc |
| DOCK COVER | | | | | |
| Duration of Coverage Clause | | | | | |
| Duration of Coverage Clause | | | | | The insurance hereunder attaches from the time the subject matter becomes at the Assured's risk or the Assured assumes interest anywhere in the world and continues whilst the subject matter is in transit and/or in store or elsewhere, and further including any interest whilst at exhibitions, undergoing installation/dismantling/testing, held for the purposes of packing and/or preparation and/or consolidation and/or deconsolidation and until finally delivered to intended final destination and/or the Assured's responsibility ceases anywhere in the world, as required, irrespective of terms of purchase and/or sale, including salesmen's samples, tools and other equipment, wherever located, whether or not in transit. Including risks in customs as required and transshipment, craft and barge risks, whether customary or otherwise. Further including the risks of loading and/or discharge and unloading after arrival at Assured's or consignee's premises, including containers and/or contents where covered hereunder. |
| Duration of Transit | | | | | The insurance hereunder attaches from the time the subject matter becomes at the Assured's risk or the Assured assumes interest anywhere in the world and continues whilst the subject matter is in transit and/or in store or elsewhere, and further including any interest whilst at exhibitions, undergoing installation/dismantling/testing, held for the purposes of packing and/or preparation and/or consolidation and/or deconsolidation and until finally delivered to intended final destination and/or the Assured's responsibility ceases anywhere in the world, as required, irrespective of terms of purchase and/or sale, including salesmen's samples, tools and other equipment, wherever located, whether or not in transit. Including risks in customs as required and transshipment, craft and barge risks, whether customary or otherwise. Further including the risks of loading and/or discharge and unloading after arrival at Assured's or consignee's premises, including containers and/or contents where covered hereunder. |
| DUTY AND/OR COLLECT FREIGHT | | | | | |
| Excess Insurance | | | | | |
| Excess Insurance | | | | | |
| Exhibition Coverage | | | | | |
| Exhibition Coverage | | | | | |
| Exhibition/Trade Shows | | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | | | | | In the event of "physical loss or damage from a peril insured hereunder" loss or damage, this Policy is extended to cover not only the cost or expense of replacing or duplicating the lost or damaged part or parts and/or repairing the machine or product, but also all expediting expenses to permit prompt replacement of lost or damaged material, including but not limited to, air express and/or air freight charges, overtime repair costs and other additional expenses, including duties, taxes and destination charges. |

4/29/2015

CONFIDENTIAL

Starr Marine

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revisions necessary | Priority level of (high, moderate, low) | Starr Management comments to UW staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| EXPEDITING EXPENSES | | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | March | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | | | | | |
| Expediting Expenses | | | | | In consideration of the premium paid hereunder, the Underwriters agree to indemnify the Assured in respect of extra charges for ~~overtime work, night work, work on a public holiday/[illegible] express freight~~<br>PROVIDED ALWAYS:<br>1) that such extra charges are incurred in connection with any loss of or damage to the property insured for which indemnity is granted under this insurance; and<br>2) that such extra charges are limited to $$$ in the aggregate in respect of each and every happening giving rise to a claim under this insurance. |
| Expediting Expenses | | | | | |
| Extra Expense | | | | | |
| Extra Expense | | | | | |
| Extra Expense | | | | | |
| Extra Expense | | | | | |
| Extra Expense | | | | | 1. Where by reason of a peril insured against under this policy, extra expenses are incurred to destroy, dump or otherwise dispose of the damaged goods, or where extra expenses are incurred in discharging from the vessel and/or craft and/or conveyance, such reasonable expenses will be recoverable in addition to the damage of the insured interest not to exceed $$$ any one loss or occurrence.<br>~~2. In the event of frustration, interruption and/or termination of the insured voyage from the causes beyond the control of the Assured, this policy will pay all extra expenses incurred by the Assured forwarding the goods to the original or substituted final destination.~~ |
| Extra Expense | | | | | 1. Where by reason of a peril insured against under this policy, extra expenses are incurred to destroy, dump or otherwise dispose of the damaged goods, or where extra expenses are incurred in discharging from the vessel and/or craft and/or conveyance, such reasonable expenses will be recoverable in addition to the damage of the insured interest not to exceed $$$ any one loss or occurrence.<br>~~2. In the event of frustration, interruption and/or termination of the insured voyage from the causes beyond the control of the Assured, this policy will pay all extra expenses incurred by the Assured forwarding the goods to the original or substituted final destination.~~ |
| F.C.&S. | | | | | F.C.&S. Warranty<br>Notwithstanding anything herein contained to the contrary this insurance is warranted free from;<br>A. Capture, seizure, arrest, restraint, detainment, confiscation, preemption, requisition or nationalization, and the consequences thereof or any attempt thereat, whether in time of peace or war and whether lawful or otherwise;<br>B. All loss, damage or expense whether in time of peace or war, caused by (i) any weapon of war employing atomic or nuclear fission and/or fusion or other reaction or radioactive force or matter or (ii) any mine or torpedo.<br>C. All consequences of hostilities or warlike operations (whether there be a declaration of war or not), but this warranty shall not exclude collision or contact with aircraft, or with rockets or similar missiles (other than any form of war) or with any fixed or floating object (other than a mine or torpedo), stranding, heavy weather, fire or explosion unless caused directly (and independently of the nature of the voyage or service which the vessel concerned or, in the case of a collision, any other vessel involved therein, is performing) by a hostile act by or against a belligerent power, and for the purposes of this warranty "power" includes any authority maintaining naval, military or air forces in association with a power.<br>D. The consequences of civil war, revolution, insurrection, or civil strife arising therefrom, or from the consequences |
| FPA | | | | | |
| Fraudulent Bills of Lading | | | | | |
| Fraudulent Bills of Lading | | | | | |
| Fraudulent Bills of Lading | | | | | |
| Fraudulent Bills of Lading | | | | | |
| FRAUDULENT BILLS OF LADING | | | | | |

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker submitting the clause | Starr revisions necessary | Priority level of revision (high/moderate/low) | Starr Management comments to UW staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Geographic Limits | | | | | |
| Geographic Limits | | | | | To be insured lost or not lost, except to the extent coverage is prohibited by United States of America law or United States of America governmental decree, at and from ports and/or places in the world to ports and/or places in the world, including the risk of transshipment by land, air, water or otherwise. |
| Geographic Scope | | | | | |
| Geographic Scope | | | | | |
| Geographic Scope | Marsh | | | | |
| Geographic Scope | | | | | |
| GEOGRAPHICAL LIMITS | | | | | |
| Goods Insured | | | | | |
| Goods Insured | | | | | |
| Goods Insured | | | | | |
| Goods Insured | | | | | |
| Guarantee of Collectibility | | | | | |
| Guarantee of Collectibility | | | | | |
| Guarantee of Collectibility | | | | | |
| Inland Transit | | | | | |
| Inland Transit | | | | | |
| Inspection of records | | | | | |
| Inspection of records | | | | | |
| Inspection of records | | | | | |
| Installation Coverage | | | | | |
| Insuring Conditions | | | | | 4. All goods and/or merchandise as described under clause (4), except while "On Deck" of an ocean vessel and subject to and "On Deck" Bill of Lading (unless otherwise specifically provided for herein) are insured against all risks of physical loss or damage from any external cause, but excluding such risks as are excepted by the F.C.&S. (Free of Capture & Seizure) and S.R. & C.C. (Strikes, Riots and Civil Commotions) warranties except to the extent that such risks may be specifically covered by endorsement. Warranted free from any claims arising out of the inherent vice of the goods insured or consequent upon the lapse of time and/or market plus warranted free from any claims caused directly or indirectly by or resulting from ordinary loss in weight or volume or ordinary wear and tear of the property insured. Such loss or damage is excluded regardless of any other cause or event that contributed concurrently or in any sequence to the loss or damage. |
| Intent | | | | | |
| Interest Insured | | | | | |
| Labels Clause | | | | | |
| Labels Clause | | | | | |
| Labels Clause | | | | | |

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker submitting the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Management comments to UW staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Letter of Credit Clause | | | | | |
| Letter of Credit Clause | | | | | |
| Letter of Credit Clause | | | | | |
| Letter of Credit Clause | | | | | |
| Limits of Liability | | | | | |
| Limits of Liability | | | | | |
| LIMITS OF LIABILITY | | | | | |
| Limits of Liability | | | | | |
| Limits of Liability | | | | | |
| Limits of Liability | | | | | These Assurers are not to be liable under this policy for more than ($Dollar Amount) any one conveyance, any one time or any one place unless otherwise agreed or hereinafter provided. |
| Limits of Liability | | | | | These Assurers are not to be liable under this policy for more than ($Dollar Amount) any one conveyance, any one time or any one place unless otherwise agreed or hereinafter provided. |
| Loading/Unloading | | | | | |
| Loading/Unloading | | | | | |
| Loading/Unloading | | | | | |
| Loading/Unloading | | | | | |
| Loading/Unloading | | | | | |
| Loading/Unloading | | | | | |
| Local Policy Wrap Around clause | | | | | |
| Local Policy Wrap Around clause | | | | | |
| Loss of Market and Delay | | | | | |

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker submitting the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Management comments to AIW (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Loss of Market and Delay | | | | | |
| Loss of Market and Delay | | | | | |
| Loss of Market and Delay | | | | | |
| Machinery Clause | | | | | |
| Machinery Clause | | | | | |
| Machinery Clause | | | | | |
| Marine Extension Clause | | | | | This policy is extended to cover all shipments which become at risk hereunder in accordance with the following clauses:<br>A. This insurance attaches from the time the goods leave the warehouse and/or store and/or location at the place named in the policy or certificate or declaration for the commencement of the transit and continues during the ordinary course of transit, including customary transhipment if any, until the goods are delivered to the final warehouse at the original destination named in the policy, certificate or declaration, or a substituted destination as provided in clause C, hereunder.<br>B. This insurance specifically to cover the goods during deviation, delay, forced discharge, reshipment and transhipment and any other variation of the adventure arising from the exercise of a liberty granted to the ship owner or charterer under the contract of affreightment.<br>C. In the event of the exercise of any liberty granted to the ship owner or charterer under the contract of affreightment whereby such contract is terminated at a port or place other than the destination named herein, the insurance continues until the goods are sold and delivered at such port or place; or, if the goods be not sold but are forwarded to the destination named herein or to any other destination this insurance continues until the goods have arrived at final warehouse as provided in Clause A.<br>D. If while this insurance is still in force and before the expiry of 15 days from midnight of the day on which the discharge overside of the goods hereby insured from the overseas vessel at the final port of discharge is completed, the goods are re-sold (not being a sale within the terms of Clause 15 C) and are to be forwarded to a destination other than that covered by this insurance, the goods are covered hereunder while deposited at such port of discharge until again in transit or until the expiry of the aforementioned 15 days whichever shall first occur. If a sale is effected after the expiry of the aforementioned 15 days while the insurance is still in force, the protection afforded hereunder shall cease as from the time of sale.<br>E. Held covered at a premium to be arranged in case of change of voyage or of any omission or error in the description of the interest, vessel or voyage.<br>F. This insurance shall in no case be deemed to extend to cover loss, damage or expense proximately caused by delay or inherent vice or nature of the subject matter insured, unless otherwise specifically provided for herein.<br>G. It is a condition of this insurance that there shall be no interruption or suspension of transit unless due to circumstances beyond the control of the Assured. |
| Non-admitted insurance - tax clause | | | | | |
| Non-admitted insurance - tax clause | | | | | |
| Non-Delivery Clause | | | | | NON-DELIVERY - In the event goods and/or merchandise are overdue and unaccounted for, after a period of fourteen (14) days and there is proof that a reasonable effort has been made to find said goods, this company will consider said shipment, in whole or in part, a recoverable loss hereunder. |
| Notice of Loss | | | | | |
| Other Insurance | | | | | |
| Other Insurance | | | | | |
| Other Insurance | | | | | |
| Overdue means of conveyance | | | | | |
| Overdue means of conveyance | | | | | |
| Overdue means of conveyance | | | | | |
| Overdue means of conveyance | | | | | |

4/29/2015

CONFIDENTIAL

STARR 30384

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker submitting the clause | Starr revisions necessary | Priority level of revision (high, medium, low) | Starr Management comments (if necessary) | Example of the clause wording |
|---|---|---|---|---|---|
| Paramount warranties | | | | | |
| Partial Loss | | | | | |
| Partial Loss | | | | | |
| Partial Loss | | | | | |
| Partial Loss | Marsh | | | | |
| Partial Loss | | | | | |
| Payment of Loss | | | | | These Assurer's agree that where the claim circumstances submitted demonstrate that only the quantum of the claim is to be agreed, a payment on account will be made equal to the lower of the amounts claimed within thirty (30) business days or as soon as practicable. |
| Payment of Loss | | | | | These Assurer's agree that where the claim circumstances submitted demonstrate that only the quantum of the claim is to be agreed, a payment on account will be made equal to the lower of the amounts claimed within thirty (30) business days or as soon as practicable. |
| Payment of Loss | | | | | |
| Payment of Loss | | | | | |
| Payment of Loss | | | | | |
| Payment on Account | | | | | These Assurer's agree that where the claim circumstances submitted demonstrate that only the quantum of the claim is to be agreed, a payment on account will be made equal to the lower of the amounts claimed within thirty (30) business days or as soon as practicable. |
| Payment on Account | | | | | These Assurer's agree that where the claim circumstances submitted demonstrate that only the quantum of the claim is to be agreed, a payment on account will be made equal to the lower of the amounts claimed within thirty (30) business days or as soon as practicable. |
| Process Clause | | | | | This insurance remains in full force whilst the subject-matter insured is under any process but in no case shall extend to cover loss or damage thereto solely caused by such process. It is agreed that the foregoing is not to apply to dismantling and installing risks insured hereunder. It is further understood and agreed that coverage hereunder specifically includes blending and/or similar operations by the Assured and/or third parties. With respect to the foregoing, notwithstanding anything herein to the contrary coverage as provided for hereunder is to remain in full force whilst the subject-matter insured is under such process but is not to insure against loss, damage, claim or expense directly caused by knowingly incorrect mixing, blending, refining or preparation by the Assured |
| Profit Sharing | | | | | Add: Gross marine premiums shall include only Marine Transit premium developed by this policy (less any premium returns) which are billed by and recorded on this Company's records during the calendar year, excluding War, S.R.&C.C. and warehouse premiums. In the event of loss exceeding 65% of annual Gross Marine premium as defined herein in any one calendar year, such excess loss to be carried forward to the following year but in no event to be carried forward more than 3 years. |
| Profit Sharing | | | | | PROFIT SHARING PLAN<br>This policy is subject to a profit sharing plan to be applicable to the premium and loss figures developed during the policy year commencing ...2004 and each policy year thereafter.<br>The Assured shall participate in profits, if any, on the following basis:<br>1. Gross cargo premiums less of returns billed by this company during each policy year.<br>2. Less 50% of the gross Marine cargo premiums (for insurance company expenses). Gross marine premiums shall include only Marine Transit premium developed by this policy (less any premium returns) which are billed by and recorded on this Company's records during the calendar year, excluding War, S.R.&C.C. and warehouse premiums.<br>3. Less paid and outstanding claims occurring on shipments made during the policy accounting period less any recoveries on these losses plus direct loss expenses applying to these losses. In the event of loss exceeding 60% of annual Gross Marine premium as defined herein in any one calendar year, such excess loss to be carried forward to the following year but in no event to be carried forward more than 3 years.<br>4. The balance remaining after No. 3 above is deemed to be the profit for the purposes of this plan and the Assured shall be entitled to participate in the profit proportionately 50/50, with the company;<br>5. Calculations of Profit Sharing, if any, for each accounting year shall be made six months from the close of the accounting year. Any reports of loss, recoveries and/or salvage received by the Assurers after the above mentioned six months waiting period, which apply to the accounting period just concluded, shall be included in the calculations for the current year;<br>6. For the purpose of this Profit Sharing Agreement, the figures as recorded in the Assurer's books shall be accepted by both parties. |

CONFIDENTIAL

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker customary the clause | Starr Marine to review | Should appear in limit of company's commitment (if necessary) | Broker's sample wording |
|---|---|---|---|---|
| PURCHASES AND ALLOCATIONS OF SHIPMENTS AFLOAT | | | | |
| QUARANTINE | | | | |
| Rate Schedule | | | | |
| Refrigeration Conditions of Coverage – for use with Pharmaceuticals | | | | |
| Revised Bill of Lading | | | | |
| Replacement By Air | | | | |
| RISK ATTACHING PRIOR TO SHIPMENT / Risk before shipment | | | | |
| S.R. & C.C. Endorsement | | | | |
| S.R. & C.C. Endorsement 11 | | | | |
| S.R. & C.C. Warranty | Marsh | | | S.R. & C.C. Warranty [redacted] |
| SALES AND ALLOCATION OF SHIPMENTS AFLOAT | | | | |
| Salesman/Technician Floater Endorsement | | | | |
| Salvage Loss Samples | | | | |
| Salvage Clause | | | | Salvage Clause wording [redacted] |
| SHIPPING | | | | |
| Shipping Expense Clause | | | | |
| Shipping Expense Clause | | | | |
| Small Claim Footnote Clause | | | | |

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revisions (if necessary) | Priority level of (high, medium, low) | Starr Management comments to UW (if necessary) | Sample of the clause |
|---|---|---|---|---|---|
| South America Clause | | | | | The following Clause will apply to all shipments insured in U.S. Currency and shipped to South America: "Notwithstanding anything contained elsewhere herein to the contrary, (particularly the Warehouse to Warehouse and Marine Extension Clauses) the insurance provided hereunder shall continue to cover for one hundred and twenty (120) days (one hundred and fifty (150) days on shipments via the Magdalena River) after completion of discharge of the overseas vessel at port of destination or until the goods are delivered to the final warehouse at destination, whichever may first occur, and shall then terminate. "The time limit referred to above to be reckoned from midnight of the day on which the discharge of the overseas vessel is completed." |
| Subrogation | | | | | |
| Subrogation | | | | | |
| Subrogation | | | | | |
| Subrogation | | | | | |
| Subrogation | | | | | In all cases of loss the Assured shall, at the request of the Assurers or their Agents, assign and subrogate to the Assurers at the time of payment in an amount not exceeding the sum paid by the Assurers, all their rights and claims against others and permit suit to be brought in the Assured's name but at the Assurer's expense; the Assured further agrees to render all reasonable assistance in the prosecution of said suit or suits. |
| Subrogation Waiver Clause | | | | | Including waivers of subrogation against the Assured as defined herein and/or any party to whom such a waiver is given by the assured in the course of their business, where customary. |
| Tax Assessment and Duties | Marsh | | | | |
| Tax Liability | Marsh | | | | |
| TERMINATION | | | | | |
| U.S. Economic & Trade Sanctions | | | | | |
| U.S. Economic & Trade Sanctions | | | | | |
| U.S. Economic & Trade Sanctions | | | | | |
| U.S. Economic & Trade Sanctions | | | | | |
| U.S. Economic & Trade Sanctions | | | | | |
| Valuation | | | | | |
| Valuation | | | | | |
| Valuation | | | | | |
| VALUATION | | | | | |
| Valuation | | | | | |
| Valuation | | | | | |
| Valuation | | | | | |
| Valuation | | | | | |

CONFIDENTIAL

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker submitting the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Management comments to SMI staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Valuation | | | | | A. Valued, Premium included at invoice amount including all charges therein, plus any prepaid and/or advanced and/or guaranteed freight, not included in the invoice plus 10% or at the option of the Assured, or<br>B. If no sales invoice is issued then valued at Assured's cost to replace including all charges to which the goods would have been subject had no loss occurred including materials, labor, overhead charges and expenses, prepaid and/or advanced and/or guaranteed freight, if any, or<br>C. Valued at amount declared provided declaration is made prior to arrival of the overseas vessel and prior to known or reported loss or accident, but in no event less than provided in clause (1.1A) |
| Vandalism | | | | | |
| Vessel classification clause | | | | | (1) The following are the present rates of premium of this Company applying to Under Deck shipments on metal-hulled, self-propelled vessels which are not over 20 years of age nor less than 1000 net registered tons and which are classed A1 American Record or equivalent by a Member of the International Association of Classification Societies; or<br>(2) Vessels over 20 years of age which are approved by this Company, and which are not less than 1000 net registered tons and classed as in (1) above, but only while operating in their regular trades;<br>But in either case excluding vessels built:<br>(a) for service on the Great Lakes;<br>(b) solely for military or naval service; or<br>(c) for the carriage of dry bulk or liquid bulk cargoes, and which are more than 15 years of age, unless specifically approved by this Company.<br>Rates to be fixed by this Company at the time of declaration of risk for shipments not specified herein in respect of which insurance is provided under the policy. Transshipments at rates to be agreed.<br>The rates below are subject to change on thirty (30) days notice.<br>VESSEL - STEAMER SHIPMENTS PER ABOVE, UNDER DECK - DIRECT.<br>AIRCRAFT - VIA CERTIFICATED AIRCRAFT<br>RATES FOR, SUITABLY PACKED FOR EXPORT, PER POLICY TERMS AND CONDITIONS,<br>RATES FROM PORTS AND OR PLACES AS BELOW TO PORTS AND/OR PLACES AS BELOW:<br>"On Application" WAR and S.R. & C.C. rates are at current additional rates of this company on the date of sailing.<br>DUTY, IF APPLICABLE, AT % MARINE RATES. |
| Vessel classification clause | | | | | (1) The following are the present rates of premium of this Company applying to Under Deck shipments on metal-hulled, self-propelled vessels which are not over 20 years of age nor less than 1000 net registered tons and which are classed A1 American Record or equivalent by a Member of the International Association of Classification Societies; or<br>(2) Vessels over 20 years of age which are approved by this Company, and which are not less than 1000 net registered tons and classed as in (1) above, but only while operating in their regular trades;<br>But in either case excluding vessels built:<br>(a) for service on the Great Lakes;<br>(b) solely for military or naval service; or<br>(c) for the carriage of dry bulk or liquid bulk cargoes, and which are more than 15 years of age, unless specifically approved by this Company.<br>Rates to be fixed by this Company at the time of declaration of risk for shipments not specified herein in respect of which insurance is provided under the policy. Transshipments at rates to be agreed.<br>The rates below are subject to change on thirty (30) days notice.<br>VESSEL - STEAMER SHIPMENTS PER ABOVE, UNDER DECK - DIRECT.<br>AIRCRAFT - VIA CERTIFICATED AIRCRAFT<br>RATES FOR, SUITABLY PACKED FOR EXPORT, PER POLICY TERMS AND CONDITIONS,<br>RATES FROM PORTS AND OR PLACES AS BELOW TO PORTS AND OR PLACES AS BELOW:<br>"On Application" WAR and S.R. & C.C. rates are at current additional rates of this company on the date of sailing.<br>DUTY, IF APPLICABLE, AT % MARINE RATES. |
| Voyage Clause | | | | | This insurance attaches from the time the goods and/or merchandise and/or property become The Insured's risk or The Insured attained interest and continues whilst the goods and/or merchandise and/or property are in transit or in storage or during process |
| Voyage Clause | | | | | This insurance attaches from the time of loading at the warehouse and/or premises of point of origin and continues whilst in transit including during storage and/or consolidation and/or other stoppages including during delays within or beyond the Assured's control and until delivered to final destination as required.<br>Including risks in customs as required and transshipment, craft and barge risks, whether customary or otherwise.<br>Further including the risks of loading prior to dispatch and unloading after arrival at Assured's or Consignee's premises, including containers and/or contents where covered hereunder. |
| Voyage Frustration | Marsh | | | | |
| Voyage Frustration | | | | | |

CONFIDENTIAL

STARR 30388

Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker authoring the clause | Starr revisions (if necessary) | Priority level of revision (high/medium/low) | Starr Management comments to UW staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Voyage Tenure Endorsement. Used to cancel and replace Clause 73 when policy has named locations. | | | | | |
| Voyage Tenure/Duration of Coverage Clause | | | | | |
| Voyage Tenure/Storage - Clause 73 of PMCP policy. To be used when policy has no named locations. | | | | | |
| Waiver and Release Clause | | | | | |
| Waiver and Release Clause | | | | | |
| Waiver and Release Clause | | | | | |
| Waiver and Release Clause | | | | | |
| War Policy | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |

CONFIDENTIAL



Starr Marine
Broker Form Guide (with clause revisions)

| Clause name | Broker endorsing the clause | Starr revisions necessary | Priority level of revision (high, moderate, low) | Starr Management comments to UW staff (if necessary) | Sample of the clause wording |
|---|---|---|---|---|---|
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | | | | | |
| Warehouse endorsement | Marsh | | | | |
| Warehouse endorsement | Marsh | | | | |
| Warehouse endorsement | | | | | |
| WAREHOUSING, FORWARDING CHARGES | | | | | |

CONFIDENTIAL