# EXHIBIT "2"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR INDEMNITY & LIABILITY COMPANY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BRIGHTSTAR CORP., et al., )<br>)<br>Defendants. )<br>) | CASE NO. 1:13-cv-08580-GHW-GWG<br><br><br><br>**ORAL ARGUMENT REQUESTED** |

## BRIGHTSTAR CORP. & BRIGHTSTAR GERMANY GmbH'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

[Page contents redacted]

