# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX:  212-278-1733
www.andersonkill.com

John M. Leonard, Esq.
jleonard@andersonkill.com
212-278-1025

*Via ECF and Personal Delivery*

June 4, 2019

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Starr Indemnity & Liability Company v. Brightstar Corp., et al.,*
             1:13-cv-08580-GWG (S.D.N.Y.)

Dear Judge Gorenstein:

    This firm represents defendants Brightstar Corp. & Brightstar Germany GmbH (collectively, "Brightstar"), along with the law firms Barnes & Thornburg LLP and Quintairos, Preito, Wood & Boyer P.A.  Pursuant to Your Honor's Individual Practices, enclosed please find a courtesy copy of Brightstar's Response to Starr's Motion to Seal Documents, filed June 4, 2019 (docket no. 166).

                                         Respectfully submitted,

                                         John M. Leonard

Enclosure

cc: All counsel of record via ECF (without enclosures)