**MEMO ENDORSED**

# ANDERSON KILL P.C.

Attorneys and Counselors at Law



1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Vivian Costandy Michael, Esq.
Vmichael@andersonkill.com
212-278-1190

**<u>Via ECF and FedEx Overnight Mail</u>**

RECEIVED
JUL 18 2019

July 17, 2019

Hon. Gabriel W. Gorenstein
Chief U.S. Magistrate Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/19

Re: Starr Indemnity & Liability Company v. Brightstar Corp., et al.,
1:13-cv-08580-GWG (S.D.N.Y.)

Dear Judge Gorenstein,

In the above-referenced action, this firm represents defendants Brightstar Corp. & Brightstar Germany GmbH (collectively, "Brightstar"), along with the law firms Barnes & Thornburg LLP and Quintairos, Prieto, Wood & Boyer P.A. Pursuant to Rule 1(E) of the Court's Individual Practices, Brightstar writes to respectfully request an extension of time, to and including August 9, 2019, within which to file any motion for reconsideration of the Court's opinion and order dated July 12, 2019.

In light of Local Civil Rule 6.3, this request would be an extension of 14 days. Brightstar considers this additional time necessary, particularly given the volume of the six underlying briefs and the time since such briefing concluded in July 2018. Neither party has previously sought an extension of the deadline at issue. And Starr Indemnity & Liability Company has advised that it does not oppose this request.

Granted.

**SO ORDERED:** 7/18/19
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

/s/ Vivian Costandy Michael
Vivian Costandy Michael

cc: All counsel of record by ECF

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA